UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN CARY CARTER,
    Plaintiff,

vs.                                    Case No.: 3:23-cv-11744/MCR/ZCB

TERESA KEENER,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 14, 2024. (Doc. 51). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 51) is adopted and incorporated by reference in this order.

2.  The Defendant's Motion for Summary Judgment, (Doc. 35), is **GRANTED**.

3.  The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 31st day of January 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**